

# United States District Court

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| V. | |
| **Michael Nicholas Torres** | CASE NUMBER: 2:24-mj-02806-DUTY |
| REG#: 79493-112 | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief:

On or about May 09, 2024, in Los Angeles County, in the Central District of California, defendant Michael Nicholas TORRES did escape from the custody of the United States Attorney General, in violation of Title 18, United States Code, Section 751.

I further state that I am a Deputy U.S. Marshal, and that this Complaint is based on the following facts:

On or about May 10, 2024, I was informed by Juan F. Herrera, on behalf of the Orion Residential Reentry Center ("RRC"), that TORRES had escaped from the RRC, located at 8141 Orion Ave, in Van Nuys, California. According to Bureau of Prisons records TORRES is a WHITE male, approximately 5 feet and 10 inches tall, weighing about 180 pounds, with brown hair and brown eyes. TORRES is approximately 29 years old and a United States citizen.

From my review of court records, I learned that on or about June 14, 2021, in the United States District Court for the Central District of California, TORRES was sentenced to a term of 60 months with four years of supervision to follow for the conviction of Distribution of Methamphetamine, in violation of 21 U.S.C. Sections 841(a)(1), (b)(1)(B)(viii) in Case No. 8:20-CR-00080.

TORRES entered the RRC on August 21, 2023, with a projected release date of October 24, 2024. TORRES on May 9, 2024, at approximately 11:00 PM, was scheduled to return from Antelope Valley Medical Center; however, he failed to return to the RRC as instructed. RRC staff called TORRES several times but were unable to locate TORRES. The RRC gave multiple direct orders for TORRES to return to the Orion RRC, but TORRES refused. Therefore, the RRC placed TORRES on escape status. As of today's date, TORRES' whereabouts remain unknown.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

/ s / Steven Anthony Faria
Signature of Complainant
U.S. Deputy Marshal,
at Los Angeles, California
City and State

_05/13/2024_
Date

Hon. Alka Sagar U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer